IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DIXIE J. LEWANDOWSKI,<br><br>                Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner<br>of Social Security,<br><br>                Defendant. | Civil Case No. 07-6263-HU<br><br>O R D E R |

      John E. Haapala, Jr.
      96 E. Broadway, Suite 5
      Eugene, Oregon 97401

           Attorney for Plaintiff

      Karin J. Immergut
      United States Attorney
      District of Oregon

>    Britannia Hobbs
>    Assistant United States Attorney
>    1000 S. W. Third Avenue, Suite 600
>    Portland, Oregon  97204
>
>    Franco L. Becia
>    Special Assistant United States Attorney
>    Office of the General Counsel
>    Social Security Administration
>    701 Fifth Avenue, Suite 2900 M/S 901
>    Seattle, Washington  98104
>
>        Attorneys for Defendant

KING, Judge:

The Honorable Dennis Hubel, United States Magistrate Judge, filed Findings and Recommendation on October 31, 2008.  The matter is before this court.  See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No objections have been timely filed.  This relieves me of my obligation to give the factual findings de novo review.  Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT  Magistrate Judge Hubel's Findings and Recommendation (#18).

IT IS HEREBY ORDERED that the decision of the Commissioner is affirmed.

DATED this    1st    day of December, 2008.

>                    /s/ Garr M. King
>                    GARR M. KING
>                    United States District Judge

Page 2 - ORDER