IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| DIXIE J. LEWANDOWSKI,<br><br>              Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE, Commissioner<br>of Social Security,<br><br>              Defendant. | Civil Case No. 07-6263-HU<br><br>JUDGMENT |

      John E. Haapala, Jr.
      96 E. Broadway, Suite 5
      Eugene, Oregon  97401

            Attorney for Plaintiff

      Karin J. Immergut
      United States Attorney
      District of Oregon

Page 1 - JUDGMENT

Britannia Hobbs
Assistant United States Attorney
1000 S. W. Third Avenue, Suite 600
Portland, Oregon  97204

Franco L. Becia
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 901
Seattle, Washington  98104

       Attorneys for Defendant

KING, Judge:

       Based on the record,

       The decision of the Commissioner is hereby AFFIRMED.

       Dated this   1st   day of December, 2008.

                                        /s/ Garr M. King
                                        Garr M. King
                                        United States District Judge